# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSHUA W. JENTZ,<br><br>    Defendant. | No. 15-MJ-283<br><br>ORDER FOR ENTRY OF JUDGMENT |

This matter comes before the Court on the Motion for Judgment Order and Payment Plan (docket number 6) filed by the United States on November 24, 2015. The United States asks that judgment enter against Defendant in this case, that a payment plan be established, and the hearing scheduled on November 25, 2015 be cancelled. For the reasons stated in the motion, the Court finds the motion should be granted.

## ORDER

IT IS THEREFORE ORDERED that the Motion for Judgment Order and Payment Plan (docket number 6) is **GRANTED** as follows:

1. Judgment will enter in favor of the United States and against Joshua W. Jentz in the amount of One Hundred Twenty-Five Dollars ($125.00).

2. Jentz must make payments on the judgment of not less than $25.00 per month beginning on **December 1, 2015**, and the first day of each month thereafter, until the judgment is paid in full. If Jentz fails to pay in compliance with this payment schedule, then he may be found in contempt of court and punished accordingly.

3. The hearing scheduled on November 25, 2015 is **CANCELLED**.

4. The Clerk of Court is directed to provide Jentz with a copy of this Order at 5027 Falcon Drive, Dubuque, Iowa 52001.

DATED this 24th day of November, 2015.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA